# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**  **September Term, 2025**

EPA-08/09/2019 Decision
EPA-420-R-25-010
EPA-90FR41829

**Filed On: October 27, 2025** [2142180]

REH Company, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219, 25-1226, 25-1228, 25-1229

**O R D E R**

    It is **ORDERED**, on the court's own motion, that case No. 25-1226 be consolidated with case No. 25-1180. Petitioner in case No. 25-1226 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | November 26, 2025 |
| Statement of Issues to be Raised | November 26, 2025 |

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

          BY:    /s/
                   Francis A. Walter
                   Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form