# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1310** | **September Term, 2025** |
| | EPA-08/09/2019 Decision |
| | EPA-90FR41829 |
| | **Filed On: November 3, 2025** |

REH Company, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

| | |
|---|---|
| **No. 24-1311** | |
| | EPA-08/09/2019 Decision |

REH Company, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

**No. 24-1310**                                                           **September Term, 2025**

-----------------------------

**No. 25-1180**

                                                                                                    EPA-90FR41829

REH Company, LLC,

       Petitioner

   v.

Environmental Protection Agency,

       Respondent

-----------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219, 25-1226, 25-1228, 25-1229, 25-1230, 25-1231, 25-1232, 25-1233, 25-1234, 25-1235, 25-1236, 25-1237, 25-1238, 25-1239, 25-1240, 25-1241, 25-1242, 25-1243, 25-1244, 25-1245, 25-1246, 25-1247, 25-1248, 25-1249

**O R D E R**

    Upon consideration of petitioner's unopposed motions for voluntary dismissal of Nos. 24-1310 and 24-1311; petitioner's motions in Nos. 24-1310 and 24-1311 to lift abeyance and consolidate, petitioner's motion in No. 25-1180 to consolidate, and the opposition to those motions; respondent's motion to dismiss Nos. 24-1310 and 24-

1311; and respondent's motion in Nos. 24-1310 and 24-1311 for a stay of all case deadlines in light of lapse of appropriations, it is

**ORDERED** that petitioner's motions for voluntary dismissal be granted and Nos. 24-1310 and 24-1311 be dismissed.  It is

**FURTHER ORDERED** that petitioner's motions in Nos. 24-1310 and 24-1311 to lift abeyance and consolidate, petitioner's motion in No. 25-1180 to consolidate, respondent's motion to dismiss Nos. 24-1310 and 24-1311, and respondent's motion in Nos. 24-1310 and 24-1311 for a stay of all case deadlines in light of lapse of appropriations be dismissed as moot.

The Clerk is directed to issue the mandates in Nos. 24-1310 and 24-1311 forthwith to the agency.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk