No. 25-1180            September Term, 2025

EPA-90FR41829

Filed On: November 19, 2025

REH Company, LLC,

       Petitioner

     v.

Environmental Protection Agency,

       Respondent

------------------------------

Consolidated with 25-1187, 25-1195,
25-1196, 25-1197, 25-1203, 25-1204,
25-1205, 25-1206, 25-1207, 25-1208,
25-1209, 25-1210, 25-1211, 25-1212,
25-1213, 25-1214, 25-1219, 25-1226,
25-1228, 25-1229, 25-1230, 25-1231,
25-1232, 25-1233, 25-1234, 25-1235,
25-1236, 25-1237, 25-1238, 25-1239,
25-1240, 25-1241, 25-1242, 25-1243,
25-1244, 25-1245, 25-1246, 25-1247,
25-1248, 25-1249

       **BEFORE:**     Henderson, Wilkins, and Pan, Circuit Judges

**O R D E R**

      Upon consideration of the motion to extend the time to file initial submissions; the motions to sever, consolidate, and expedite consideration of Nos. 25-1187 and 25-1197, the supplements thereto, the responses thereto, and the joint reply; the cross-motions to dismiss Nos. 25-1187 and 25-1197 for lack of jurisdiction, the joint response thereto, and the reply; the motions to intervene, the responses thereto, and the replies; and the motion to extend the time to respond to motions to intervene, the response thereto, and the reply, it is

**ORDERED** that the cross-motions to dismiss Nos. 25-1187 and 25-1197 be referred to the merits panel to which the cases are assigned. The parties are directed to address in their briefs the issues presented in the motions to dismiss rather than incorporate those arguments by reference. It is

**FURTHER ORDERED** that the motions to sever, consolidate, and expedite consideration of Nos. 25-1187 and 25-1197 be granted. Nos. 25-1187 and 25-1197 are severed from No. 25-1180, et al., and are consolidated under lead case No. 25-1187. It is

**FURTHER ORDERED** that the parties submit, within 14 days from the date of this order, proposed formats and expedited schedules for the briefing of No. 25-1187, et al. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue. It is

**FURTHER ORDERED** that respondent file the certified index to the record in No. 25-1187, et al., within 14 days of the date of this order. It is

**FURTHER ORDERED** that, in No. 25-1180, et al., procedural motions are now due by November 26, 2025, and dispositive motions and the certified index to the record are now due by December 12, 2025. It is

**FURTHER ORDERED** that the motions to intervene in these consolidated cases be referred to the merits panels to which No. 25-1180, et al., and No. 25-1187, et al., are assigned. Growth Energy, Renewable Fuels Association, Clean Fuels Alliance America, Coalition for Renewable Natural Gas, and Sustainable Advanced Biofuel Refiners Coalition may lodge a brief as movant-intervenors. The parties are directed to address in their briefs the issues presented in the motions rather than incorporate those arguments by reference. Any response in No. 25-1187, et al., to the motion to intervene

filed by Coalition for Renewable Natural Gas and Sustainable Advanced Biofuel Refiners Coalition is due within seven days from the date of this order.

**<u>Per Curiam</u>**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                 BY:    /s/
                          Scott H. Atchue
                          Deputy Clerk